JS-6   /   **ENTERED**

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 5-29-12

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 29 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RODRIGUEZ,<br><br>               Petitioner,<br><br>   vs.<br><br>T. OCHOA, Warden,<br><br>               Respondent. | Case No. CV 12-0765-JPR<br><br>**J U D G M E N T** |

Pursuant to the Memorandum Opinion and Order Denying Petition and Dismissing Action With Prejudice,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: May 29, 2012

_____
Jean Rosenbluth
U.S. Magistrate Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 29 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY