JS-6   /   ENTERED

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 5-29-12

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 29 2012

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSE RODRIGUEZ,                )  Case No. CV 12-0765-JPR
                               )
              Petitioner,      )        J U D G M E N T
                               )
     vs.                       )
                               )
T. OCHOA, Warden,              )
                               )
              Respondent.      )
_____)

Pursuant to the Memorandum Opinion and Order Denying Petition and Dismissing Action With Prejudice,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: May 29, 2012

_____
Jean Rosenbluth
U.S. Magistrate Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 29 2012

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY